UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY JERROME RIDLEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT NEUSCHMID, Warden,<br><br>　　　　　Respondent. | No.  2:20-cv-0085 KJM AC P<br><br><br>ORDER |

　　　On October 21, 2020, petitioner filed a motion to reopen the case.  ECF No. 9.  This habeas action was closed on April 20, 2020.  <u>See</u> ECF Nos. 7, 8.  Petitioner is advised that documents he has filed since the closing date will be disregarded, and no orders will issue in response to future filings.

DATED: October 30, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1